**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 177 EAL 2019

                Respondent :

                                   : Petition for Allowance of Appeal from
                                   : the Order of the Superior Court

             v. :

                                   :

AISHA PERRY, :

                Petitioner :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 10th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.